1  Robert V. Prongay (SBN 270796)
      rprongay@glancylaw.com
2  Charles H. Linehan (SBN 307439)
      clinehan@glancylaw.com
3  Pavithra Rajesh (SBN 323055)
      prajesh@glancylaw.com
4  **GLANCY PRONGAY & MURRAY LLP**
   1925 Century Park East, Suite 2100
5  Los Angeles, California 90067
   Telephone: (310) 201-9150
6  Facsimile: (310) 201-9160

7  *Attorneys for Plaintiff Robert Gutman*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ROBERT GUTMAN, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:21-cv-02725-YGR |
|---|---|
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| FIBROGEN, INC., ENRIQUE CONTERNO, and JAMES SCHOENECK, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Robert Gutman ("Plaintiff") hereby voluntarily dismisses the above-captioned action, without prejudice to his ability to participate as a class member in any other class action alleging substantially similar claims against the defendants herein. As grounds thereof, Plaintiff states that no opposing party has either served an answer or a motion for summary judgment.

DATED: June 4, 2021               Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

By:   /s/ Pavithra Rajesh
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Attorneys for Plaintiff Robert Gutman*

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned, say:

I am not a party to the above case and am over eighteen years old. On June 4, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 4, 2021, at Los Angeles, California.

*/s/ Pavithra Rajesh*
Pavithra Rajesh

694298.1